## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ZURL, on behalf of himself and all others similarly situate,<br><br>Plaintiff,<br><br>v.<br><br>LEGION ATHLETICS, INC.<br><br>Defendant. | Case No.: 2:22-cv-3500 |

### JOINT STIPULATION FOR DISMISSAL OF ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-named Plaintiff and Defendant stipulate and agree to dismissing the instant action with prejudice with each party to bear its own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| */s/ D. Aaron Rihn* | */s/ Thomas J. Tobin* |
| D. Aaron Rihn, Esquire | Thomas J. Tobin, Esquire |
| PA I.D. No.: 85752 | Perkins Coie, LLP |
| Robert Peirce & Associates, P.C. | NY I.D. No.: 5487319 |
| 707 Grant Street, Suite 125 | 1201 Third Avenue, Suite 4900 |
| Pittsburgh, PA 15219 | Seattle, WA 98101 |
| Tel: 412-281-7229 | Tel: 206-359-8000 |
| Fax: 412-281-4229 | Fax: 206-359-9000 |
| arihn@peircelaw.com | Email: ttobin@perkinscoie.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 13th day of February 2023 and is available for download by all counsel of record.

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
Counsel for Plaintiff
